IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,
Individually,

    Plaintiff,

v.

AFJ Ann Arbor LLC,
a Michigan Limited
Liability Corporation,

and

U VENTURES, INC.,
a Michigan Corporation,

    Defendants.
_____/

Case No. 2:13-cv-10865-PDB-RSW
District Judge: Paul D. Borman
Magistrate Judge: Steven Whalen

## ORDER OF DISMISSAL

By stipulation of all parties who have appeared in this action [Doc. # 23] and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and

attorney's fees to any party. The Court shall maintain jurisdiction to enforce the terms and conditions of the parties' settlement agreement.

DONE AND ORDERED this 9th day of December, 2013.

_____
Honorable Paul D. Borman
United States District Judge